UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIVEDITA KULKARNI,

                Plaintiff,

-against-

ACTAVIS GENERICS, ACTAVIS LABORATORIES UT, INC., ACTAVIS LABORATORIES FL, INC., TEVA NORTH AMERICA, AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,

                Defendants.

22-CV-5735 (PAE) (BCM)

ORDER OF SERVICE

BARBARA MOSES, United States Magistrate Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Actavis Generics, Actavis Laboratories UT, Inc., Actavis Laboratories FL, Inc., Teva North America, and Teva Pharmaceutical Industries Ltd. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   August 26, 2022
           New York, New York

                                              BARBARA MOSES
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/22