```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIVEDITA T. KULKARNI,

        Plaintiff,

-against-

ACTAVIS GENERICS, et al.,

        Defendants.

22-CV-05735 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter dated March 22, 2023, requesting leave to file an amended complaint (Dkt. 36), and a document entitled "Amended Complaint" (Dkt. 37), filed on the same date. The Court has also received plaintiff's letter-brief opposing defendants' motion to dismiss her claims. (Dkt. 38.)

Because the Court has not yet granted leave to file an amended complaint, and because such leave is required, *see* Fed. R. Civ. P. 15(a)(2), the document filed at Dkt. 37 is construed as plaintiff's *proposed* amended complaint.

Defendants shall file their response to plaintiff's motion for leave to amend, combined with their reply, if any, in support of their motion to dismiss, no later than **April 6, 2023**. Plaintiff may submit a reply brief in further support of her motion for leave to amend no later than **April 13, 2023**.

Dated: New York, New York
       March 24, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**