**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NIVEDITA T. KULKARNI,

                Plaintiff,                22 **CIVIL** 5735 (PAE)(BCM)

      -against-                          **JUDGMENT**

ACTAVIS GENERICS, ET AL.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 27, 2023, the Court has accepted and adopted Judge Moses's September 8, 2023 Report and Recommendation in its entirety, the complaint is dismissed, and Kulkarni is denied leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

      September 27, 2023

                                                   **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**      *K. Mango*

                                                      **Deputy Clerk**